Núm. 997.—Balzac, recurrente, *v.* Registrador, recurrido.— Noviembre 3, 1937.

.(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, en nuestra resolución de 17 de junio de 1937 confirmamos la nota del registrador en este caso que denegaba la inscripción de cierta parcela de terreno a favor del recurrente;

Por cuanto, la resolución referida se basó fundamentalmente en el carácter público, y por lo tanto inalienable, de la parcela en cuestión, desprendiéndose dicho carácter de la descripción escrituraria que lee como sigue:

"Rústica: Solar sito en el barrio Maresúa, término municipal de San Germán, Puerto Rico, sitio ocupado por el cementerio de esta ciudad; de una cabida de dos áreas, noventa y siete centiáreas; colindante por el Norte y Oeste, con terrenos de la Sucesión de Amparo Garcés; y por el Este y Sud, con solares del Municipio de San Germán."

Por cuanto, se nos ha pedido la reconsideración de dicha resolución debido a que la misma fué dictada en ausencia de alegato alguno por parte del recurrente, cuya ausencia ha sido satisfactoriamente explicada, y por cuanto en dicho alegato se levanta el punto de que el solar vendido si bien estaba dispuesto para ampliación del cementerio, no había sido, al tiempo de la venta, dedicado a ese uso por el Municipio de San Germán;

Por cuanto, es al registrador recurrido a quien debe convencerse del alegado estado de la propiedad, teniendo nosotros que ceñirnos al contenido de la escritura calificada;

Por tanto, se declara sin lugar la reconsideración solicitada sin perjuicio de que el recurrente pueda acudir de nuevo, con la debida documentación, ante el registrador.

El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 1017.—Central Cambalache, recurrente, *v.* Registrador, recurrido.— Marzo 31, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Sobre la moción de reconsideración presentada por el registrador, óigase por escrito al recurrente dentro de un término que vencerá en abril 18, 1938, quedando entendido que—a menos que las partes soliciten otra cosa—si el tribunal llegare a la conclusión de que la reconsideración procede, no sólo así lo decretará si que procederá a resolver en definitiva el recurso.

El Juez Asociado Sr. Córdova Dávila no intervino.